| | |
|---|---|
| 1 | ROSS RICHARDSON |
| 2 | BANKRUPTCY TRUSTEE |
| | P.O. BOX 399 |
| 3 | 116 W. GRANITE |
| | BUTTE, MT 59703 |
| 4 | Telephone: (406) 723-3219 |
| 5 | Facsimile: (406) 723-9534 |
| | Email: rossrichardson@qwest.net |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MONTANA

| | |
|---|---|
| In re | Case No. 05-63208-RBK |
| ROBBENNOLT, JODY R | Chapter 7 |
| Debtor(s) | TRUSTEE'S APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES |

The undersigned trustee hereby makes application for approval of an award of compensation under 11 U.S.C. §326(a) in the amount of $456.03 and reimbursement of expenses in the amount of $100.00, and in support of this application respectfully represents:

1. That this case was commenced under or converted to Chapter 7 on 09/17/05, and the undersigned was appointed as trustee for this estate on 09/19/05.

2. That all applications for approval of compensation and expenses of any professionals employed by the undersigned have been previously submitted and approved by the Court.

3. That total disbursements to other than the debtor(s) will be $1,824.13, and pursuant to 11 U.S.C. §326(a), compensation is computed as follows:

| | | | | |
|---|---|---|---|---|
| | $ 1,824.13 | 25% of first $5,000.00 | $ | 456.03 |
| | | ($1,250.00 maximum) | | |
| Less | - $5,000.00 | | | |
| Balance | $ 0.00 | 10% of next $45,000.00 | $ | 0.00 |
| | | ($4,500.00 maximum) | | |
| Less | - $45,000.00 | | | |
| Balance | $ 0.00 | 5% of next $950,000.00 | $ | 0.00 |
| | | ($47,500.00 maximum) | | |
| Less | - $950,000.00 | | | |
| Balance | $ 0.00 | 3% of balance | $ | 0.00 |
| | | | | |
| | Total Compensation Requested | | $ | 456.03 |

4. That the undersigned's expenses incurred during the administration of this estate are as follows:

| | |
|---|---|
| TRUSTEE'S EXPENSE | $ 100.00 |
| Total Expenses Requested | $ 100.00 |

5. That the undersigned represents that no payments have been made or promised him for services rendered or to be rendered in any capacity in this case, except as may have been previously allowed by this Court. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received in connection with this case.

WHEREFORE the undersigned respectfully requests that this application be approved and that the undersigned by granted an allowance of $456.03 as compensation and $100.00 for reimbursement of expenses.

DATED: 7th day of November, 2006.

By: /s/ Ross Richardson
ROSS RICHARDSON
Chapter 7 Panel Trustee

Reviewed by Office of U.S. Trustee

Staff Member  /s/ Leslie Dronen